IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>STATE OF WEST VIRGINIA,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC. &<br>OLIN CORPORATION,<br><br>Defendants. | )<br>) Case No: 5:23-CV-59<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF LODGING OF PROPOSED CONSENT DECREE**

The United States of America hereby gives notice of lodging of a proposed Consent Decree in the above-captioned action, which relates to the Hanlin-Allied-Olin Superfund Site in Moundsville, West Virginia ("Site"). If entered, the attached proposed Consent Decree will resolve all claims alleged by the United State and the State of West Virginia in the Complaint in this action, filed simultaneously with this Notice of Lodging.

The United States respectfully requests that the Court not sign the proposed Consent Decree at this time. Instead, consistent with Department of Justice policy, 28 C.F.R. § 50.7, the United States will publish in the Federal Register a notice that the proposed Consent Decree has been lodged with the Court. The Notice will solicit public comment for a period of 30 days.  During the comment period, no action is required by the Court. If, after review and evaluation of any comments received, the United States continues to believe that the Consent Decree is fair, reasonable, and in the public interest, it will move the Court to enter the Consent Decree.

1

Respectfully submitted:

**FOR THE UNITED STATES OF AMERICA**

Nathaniel Douglas
Deputy Section Chief
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section


/s/ Jason A. Dunn_____
Jason A. Dunn
Senior Attorney
VA Bar #42730
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone (202) 514-1111
Email: Jason.Dunn@usdoj.gov


William Ihlenfeld
United States Attorney

/s/ Stephanie K. Savino_____
Stephanie K. Savino
Assistant United States Attorney
WV Bar # 13684
United States Attorney's Office
P.O. Box 591
Wheeling, WV  26003
Phone: (304) 234-0100
Fax:    (304) 234-0112
Email: Stephanie.K.Savino@usdoj.gov

OF COUNSEL:

Jefferie E. Garcia
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency, Region III
1650 Arch Street
Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, and arranged for copies to be sent by electronic mail to the following.

Daniel A. Cantor
Arnold & Porter
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Daniel.Cantor@arnoldporter.com
*Counsel for Defendant Honeywell International Inc.*

Lisa A. Funderburg
VP & Chief EHS Counsel
Olin Corporation
190 Carondelet Plaza, Suite 1530
Clayton, MO  63105
LAFunderburg@olin.com
*Counsel for Defendant Olin Corporation*

Jon C. Frame
West Virginia Department of Environmental Protection
601 57th Street Southeast
Charleston, WV 25304
Jonathan.c.frame@wv.gov
*Counsel for Plaintiff WVDEP*

/s/ Stephanie K. Savino